IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

RAMALLO BROS PRINTING INC

CASE NO. 14-01948 EAG

Chapter 11

**FILED & ENTERED ON 03/24/2014**

Debtor(s)

**O R D E R**

A **STATUS CONFERENCE** is hereby scheduled for **05/23/2014 at 09:30 A.M.** before the undersigned, at the United States Bankruptcy Court, 300 Recinto Sur Street, Second Floor, Courtroom 1, San Juan, Puerto Rico, to further the expeditious and economical resolution of the case. At the Status Conference, counsel for Debtor(s) shall be prepared to:

1. describe the nature of Debtor(s) business;
2. describe the reason for filing the petition;
3. state whether this is a small business case as defined in 11 U.S.C. 101(51C);
4. establish a time-table for filing a disclosure statement and/or plan;
5. give an estimate of all professional fees which are expected to accrue in this case;
6. identify anticipated significant events in the case;
7. discuss the need for future status conferences; and
8. debtor to file a report within seven (7) days prior to the hearing.

The Clerk will give immediate notice of this order to Debtor, its Counsel, the U.S. Trustee and all creditors as per the current master address list.

Ponce, Puerto Rico, this March 24, 2014.

Edward A Godoy
U.S. Bankruptcy Judge

c: ALL CREDITORS
U.S. TRUSTEE