TO: CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF MEETING OF CREDITORS

CASE NAME: Ramallo Bros. Printing, Inc.

CASE NUMBER: 14-01948

CHAPTER: 11

JUDGE: EAG

DATE OF MEETING: 4/21/2014

TIME OF MEETING: 9:00 am

TRACK NUMBER: 01

**METER READING**
START: 00:00 (hr:min)
END: 02:23 (hr:min)

1) **DEBTOR:**
   (✓) PRESENT
   ( ) NOT PRESENT
   ( ) SPOUSE NOT PRESENT

2) **DEBTOR'S ATTORNEY:**
   (✓) PRESENT
   ( ) NOT PRESENT

3) **CREDITORS:**
   (✓) PRESENT (See attachment)
   ( ) NOT PRESENT

4) **TRUSTEE:**
   ( ) HAS BEEN APPOINTED
   NAME OF TRUSTEE: _____
   (✓) HAS NOT BEEN APPOINTED

5) **UNSECURED CREDITORS COMMITTEE:**
   ( ) HAS BEEN APPOINTED
   (✓) HAS NOT BEEN APPOINTED

6) **SCHEDULES:**
   (✓) HAVE BEEN FILED
   ( ) HAVE NOT BEEN FILED

7) **STATEMENT OF FINANCIAL AFFAIRS:**
   (✓) HAS BEEN FILED
   ( ) HAS NOT BEEN FILED

8) **INVENTORY OF THE PROPERTY OF THE DEBTOR'S ESTATE:**
   (✓) HAS BEEN FILED
   ( ) HAS NOT BEEN FILED

9) **PROOF OF CLOSING PRE-PETITION BANK ACCOUNTS:**
   (✓) HAS BEEN FILED Oriental
   (✓) HAS NOT BEEN FILED OPPR, FB

10) **PROOF OF OPENING DEBTOR IN POSSESSION BANK ACCOUNTS:**
    (✓) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

11) **TAX RETURNS LAST TWO YEARS:**
    (✓) HAVE BEEN FILED
    ( ) HAVE NOT BEEN FILED

12) **FINANCIAL STATEMENT(s) LAST TWO YEARS:**
    (✓) HAVE BEEN FILED
    ( ) HAVE NOT BEEN FILED

13) **RENT ROLL:**
    ( ) HAS BEEN FILED
    (✓) HAS NOT BEEN FILED } N/A

14) **PROOF OF INSURANCE:**
    (✓) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

15) **MEETING:**
    (✓) CLOSED
    ( ) CONTINUED TO:
    DATE: _____
    TIME: _____

- 2 -

**16) COMMENTS:**

I. Meeting held and closed pending the filing of the following amendments:

 a. Schedule B – Debtor will amend to include prepetition bank accounts.

 b. Schedule F – Debtor will amend to correct name of pension fund administrator.

 c. Schedule G – Debtor will amend to include additional executory contracts.

II. Debtor is also to provide the following documents to the U.S. Trustee:

 a. Proof of closing prepetition bank accounts,

 b. Contract with municipality of San Juan and names of parties involved.

III. Debtor is to file/submit all of the above documents within 10 days.

**(Filed Electronically)**

s/ Julio Guzmán-Carcache
OFFICE OF THE UNITED STATES TRUSTEE
Julio Guzmán-Carcache, Esq.
Trial Attorney
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444 / Fax: (787) 729-7449
Julio.Guzman@usdoj.gov

Date: April 21, 2014

| NAME | PARTY REPRESENTED (IF ATTORNEY) | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Charles P. Gilmore | Mun. de San Juan | 252 Ave. Ponce de Leon, Ste 1701, SJ PR 00918 | 787-620-0670 | |
| Harmonn D. Bauer | Southwire Company | Suite 800, 250 Muñoz Rivera Ave, San Juan PR 00918 | 787 282 5723 | |
| Agnes I. Cordero | EPA | Torre Chardon, Suite 1201, San Juan PR 00918 | 787-766-5656 | |
| Federico Kaeussler, (LSREF) | | 044.415 / 250 Muñoz Rivera /787-522-3915 | | |
| Josean Diaz | LSREF2 Island Holdings | 221 Ave Ponce De Leon 5th Floor, San Juan 00917 | 787-777-1343 | |
| Tri Aunies Pty Supplies | | Box 689 Vega Alta PR 00692 | 787-397-3791 | |
| All Janitorial Supply / Luis O. Maldonado | | P.O. Box 56081 Bayamon PR 00960 | Tel. 787 562·8201 | |
| Jose A. Sanchez (USIC) | | | 758-7565 | |
| Peter F. Evelyn | PFE Consulting Corp / represented by Victor Quinones, Esq. | Via San Pocoyo #4 Urb Monte Alvernia, Guaynabo, PR 00969 | 787-473-6282 | |
| Hyda Liz Rodriguez Collazo, Esq. | Treasury Department of the Commonwealth of P.R. | | 787-721-5636 | 787-766-0409 |
| Eric Tulla | Rivera, Tulla & Ferrer | 50 Quisqueya St. San Juan PR 00917 | Ph: 787-753-0438 | Fax 766-0409 |