**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

# Minute Entry

### *Hearing Information:*

**Debtor**:  RAMALLO BROS PRINTING INC
**Case Number**:  14-01948-EAG11                                              **Chapter:** 11
**Date / Time / Room**: 07/07/2014 09:30 A.M.  COURTROOM 3
**Bankruptcy Judge**: EDWARD A. GODOY
**Courtroom Clerk**:  WILLIAM A. REYES-TORO
**Reporter / ECR**:  LOURDES ALVAREZ

### *Matter:*

Debtor's motion to reject lease or executory contract with the Municipality of San Juan (#91)
Motion by the Municipality of San Juan requesting order for debtor to immediately surrender possession and vacate leased premises for adequate protection (#94)
Motion by the Municipality of San Juan requesting to shorten time to objection to motion requesting entry of order for debtor to immediately surrender possession and vacate premises for adequate protection (#103)

### *Appearances:*

ALEXIS  FUENTES HERNANDEZ - FOR DEBTOR
CHARLES GILMORE - FOR MUNICIPALITY OF SJ
SONIA COLON - FOR LSREF2 ISLAND HOLDINGS
IRAIDA RODRIGUEZ - FOR LSREF2 ISLAND HOLDINGS
JOSE CINTRON - PREPA
JOSE SANCHEZ - FOR USIC

### *Minutes of Proceedings:*

**ORDER:**

**Debtor's motion to reject lease or executory contract with the Municipality of San Juan (Docket #91) is granted without opposition.  The Municipality of San Juan's motion requesting a shortened objection term and expedited hearing (Docket #103) is deemed moot.**

**The hearing on the Municipality of San Juan's motion requesting an order for debtor to immediately surrender possession and vacate leased premises for adequate protection (Docket #94)  is continued to 09/08/2014 at 09:30 A.M. at Courtroom #2 in Old San Juan.  The Municipality of San Juan and the Debtor are to file a stipulation by Wednesday, 07/09/2014.  The objection term for the stipulation is shortened to seven (7) days plus three (3) for mailing, for a total of ten (10) days (due by 07/21/2014).  Parties are to include in the objection language of the stipulation that if an objection is timely filed, it will be heard on 07/28/2014 at 09:30 A.M. at Courtroom #1 in Old San Juan.**

/s/EDWARD A. GODOY
U. S. Bankruptcy Judge
